Case 1:24-mj-00321-GMH   Document 1-2   Filed 10/11/24   Page 1 of 8

1:24-mj-2150-CDA

____ FILED      ____ ENTERED
____ LOGGED     ____ RECEIVED

4:53 pm, Sep 04 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the Affiant – Deputy U.S. Marshal Garrett Russell having been first duly sworn, declare and state as follows:

1. I make this affidavit in support of a Criminal Complaint and Arrest Warrant against **MICHAEL TAYLOR**.

## INTRODUCTION

2. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) for the District of Maryland. As such, I am an "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure, that is, a government agent… engaged in enforcing the criminal laws [who] is within any category of officers authorized by the Attorney General to request a search warrant.

3. I have been employed with USMS since January 2020, at which time I completed 12 weeks of the Criminal Investigator Training Program and 8 weeks of Basic Deputy United States Marshal Academy in Glynco, Georgia. Upon completion of my training, I was assigned to work as a Deputy U.S. Marshal for the District of Maryland - Baltimore.

4. As a DUSM, I am charged with enforcing all laws in all jurisdictions of the United States, its territories, and possessions. I have been a member of the USMS for four years and have investigated numerous fugitive cases related to violent crimes. I have arrested subjects wanted for murder, assault with intent to kill, robbery, and numerous drug-related offenses.

5. I am familiar with the facts and circumstances of this investigation through my personal participation, from discussions with other law enforcement officers, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided to me by another

1

1:24-mj-2150-CDA

member of the law enforcement officer or witness I believe had reliable knowledge of that statement. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included details of every aspect of the investigation. I have not, however, omitted information known to me that would defeat a determination of probable cause.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **MICHAEL TAYLOR** has committed the crime of Escape, in violation of 18 U.S.C. § 751(a).

## PROBABLE CAUSE

7. On or about January 13, 2023, **TAYLOR** appeared before the Honorable Judge Sean C. Staples in the Superior Court for the District of Columbia and pled guilty to the charge of Robbery in case number 2022 CF3 001300. The Court sentenced **TAYLOR** to serve 40 months incarceration with three years of supervised release to follow. The Federal Bureau of Prisons (BOP) designated **TAYLOR** to serve his sentence at FCI Schuykill, Interstate 81 & 901 W, Minersville, PA 17954.

8. On or about August 8, 2024, the BOP transferred **TAYLOR** from FCI Schuylkill to the Residential Re-Entry Center (RRC) located at Volunteers of America (VOA), 5000 East Monument St, Baltimore, MD to serve the remainder of his federal sentence.

9. On August 20, 2024, the BOP issued a RRC Failure notice for **TAYLOR** and requested USMS remove him from the VOA RRC to await transfer back to BOP custody.

10. On August 20, 2024, DUSM Disanti and I arrived at VOA to pick up **TAYLOR** for transfer. At approximately 9:55 AM, **TAYLOR** ran out of the side door of the RRC facility and fled southbound through the parking lot. The alarm on the side door was activated and CCTV recorded **TAYLOR** leaving the facility, running towards East Monument Street.

1:24-mj-2150-CDA

11. On August 27, 2024, BOP issued an escape notice for TAYLOR classifying him as an escaped federal prisoner.

## CONCLUSION

12. I respectfully request that the Court issue a criminal complaint and arrest warrant.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Garrett Russell*
Deputy U.S. Marshal Garret Russell
United States Marshals Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this ___ day of September, 2024.

Honorable Charles D. Austin
United States Magistrate Judge

3